**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6129**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KITTRELL BERNARD DECATOR,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine  C.  Blake,  District  Judge.
(1:95-cr-00202-CCB-1)

Submitted:  March 30, 2010            Decided:  April 6, 2010

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kittrell  Bernard  Decator,  Appellant  Pro  Se.   James  G.  Warwick,
OFFICE  OF  THE  UNITED  STATES  ATTORNEY,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kittrell Bernard Decator appeals the district court's margin order denying Decator's "Motion to Dismiss Indictment Nunc Pro Tunc." We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Decator</u>, No. 1:95-cr-00202-CCB-1 (D. Md. Dec. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>